# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of TALUS PROPERTIES, INC., and MELROSE MIDTOWN, LLC, <br><br> Plaintiff, <br><br> TALUS PROPERTIES, INC. and MELROSE MIDTOWN, LLC <br><br> Intervening Plaintiffs, <br><br> v. <br><br> JOSE ALFREDO SANDOVAL, <br><br> Defendant. | Case No. 2:19-cv-2330-JPM-cgc |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Before the Court is Plaintiff State Farm Fire and Casualty Company's Consent Motion to Amend the Complaint filed on April 28, 2020. (ECF No. 36.) Plaintiff State Farm moves the Court pursuant to Federal Rules of Civil Procedure 16(b)(4) and 15(a)(2) to amend its Complaint. (Id.) Plaintiff indicates that it has the "the written consent of all parties" to file the Amended Complaint. (Id. at PageID 135, 137.) For good cause shown and because the Parties do not oppose the Motion, the Court **GRANTS** the Motion.

**SO ORDERED**, this 30th day of April, 2020.

                                                        /s/ Jon P. McCalla  
                                                        JON P. McCALLA  
                                                        UNITED STATES DISTRICT JUDGE