# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| STATE FARM AND CASUALTY COMPANY, as Subrogee of Talus Properties, Inc. and Melrose Midtown, LLC., ) ) ) ) | |
| Plaintiff, ) ) | Case No. 2:19-2330-JPM-cgc |
| TALUS PROPERTIES, INC. and MELROSE MIDTOWN, LLC, ) ) ) | |
| Intervening Plaintiffs, ) ) | |
| v. ) ) | |
| JOSE ALFREDO SANDOVAL, ) ) | |
| Defendant. ) | |

## SECOND AMENDED SCHEDULING ORDER

This Cause was before the Court on December 2, 2020 for a Telephonic Status/Scheduling Conference. (ECF No. 49.) Also on December 2, 2020, the Court entered an Order Following Conference, which required the Parties to submit a Proposed Amended Scheduling Order by no later than January 22, 2021. (ECF No. 51.) The Parties having submitted their Proposed Amended Scheduling Order, the following dates are established as the final deadlines for:

**MOTIONS TO AMEND PLEADINGS**: **March 7, 2021**

**MOTIONS TO DISMISS** (likely not applicable): **April 7, 2021**

**COMPLETING ALL DISCOVERY**: **July 7, 2021**

**(a)** **WRITTEN DISCOVERY**: **June 7, 2021**[1]
**(b)** **DEPOSITIONS**: **July 7, 2021**

---

[1] Written discovery is "substantially completed."

1

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

(a) **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**: May 7, 2021

(b) **DISCLOSURE OF DEFENDANT'S (OR OPPOSING PARTY) RULE 26(a)(2) EXPERT INFORMATION**: June 7, 2021

(c) **EXPERT WITNESS DEPOSITIONS**: July 7, 2021

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: July 22, 2021

**SUPPLEMENTATION UNDER RULE 26(e)(2)**: July 7, 2021

**FILING DISPOSITIVE MOTIONS** (probably not applicable): **August 1, 2021**

**TRIAL**:

1. The **jury trial** in this matter, which is anticipated to last **3–4 days**, is set to begin on **Tuesday, September 7, 2021** in a courtroom to be designated by the District Court courtroom sharing plan.

2. A **pretrial conference** is set for **August 27, 2021 at 9:30 a.m**.

3. The **joint proposed pretrial order, proposed verdict form, proposed jury instructions, proposed voir dire questions, and motions in limine** are due by no later than 4:30 p.m. on **August 20, 2021**.

   **SO ORDERED**, this 25th day of January, 2021.

       /s/ Jon P. McCalla
       JON P. McCALLA
       UNITED STATES DISTRICT JUDGE