# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STATE FARM AND CASUALTY COMPANY, as Subrogee of Talus Properties, Inc. and Melrose Midtown, LLC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>TALUS PROPERTIES, INC. and MELROSE )<br>MIDTOWN, LLC, )<br>)<br>Intervening Plaintiffs, )<br>)<br>v. )<br>)<br>JOSE ALFREDO SANDOVAL, )<br>)<br>Defendant. ) | Case No. 2:19-2330-JPM-cgc |

## THIRD AMENDED SCHEDULING ORDER

Before the Court is the Parties' Joint Motion for Continuance and to Amend Scheduling Order, filed on June 29, 2021. (ECF No. 59.) The Parties move the Court pursuant to Fed. R. Civ. P. 6(b) and 16(b) for a sixty-day extension of the discovery and dispositive motion deadlines in this case, as well as to reset the current September 7, 2021 trial date to accommodate the extension. (See generally id.) For good cause shown, the Parties' Motion is **GRANTED**. The following dates are established as the final deadlines for:

**COMPLETING ALL DISCOVERY AND DEPOSITIONS**: **September 7, 2021**[1]

**EXPERT WITNESS DEPOSITIONS**: **September 7, 2021**

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: **September 22, 2021**

---

[1] The deadline to complete written discovery was June 7, 2021. (ECF No. 52.)

1

**SUPPLEMENTATION UNDER RULE 26(e)(2)**: September 7, 2021

**FILING DISPOSITIVE MOTIONS** (probably not applicable): **October 1, 2021**

**TRIAL**:

1. The **jury trial** in this matter, which is anticipated to last **3–4 days**, is set to begin on **Monday, November 8, 2021** in a courtroom to be designated by the District Court courtroom sharing plan.

2. A **pretrial conference** is set for **Friday, October 22, 2021 at 9:30 a.m**.

3. The **joint proposed pretrial order, proposed verdict form, proposed jury instructions, proposed voir dire questions, and motions in limine** are due by no later than 4:30 p.m. on **Wednesday, October 13, 2021**.

   **SO ORDERED**, this 29th day of June, 2021.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE
